**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1548**

MISHUN TULLOCH, now known as Mishun Washington,

Plaintiff - Appellant,

v.

JOSEPH B. YONCE, JR., as an individual and in his capacity as Trustee of the Desmond Young Trust; DESMOND YOUNG LIVING TRUST; SUELIN LILLY-AMMONS; DAVID GRIFFITH INGALLS, Esq.; SKY HOMES LLC; DOES 1-100, Inclusive,

Defendants - Appellees,

and

DESMOND YOUNG,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:18-cv-01634-HMH)

Submitted: December 17, 2020                    Decided: December 21, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mishun Tulloch, Appellant Pro Se. David Matthew Wilkerson, VAN WINKLE LAW FIRM, Asheville, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mishun Tulloch appeals the district court's order dismissing her state law claims as barred by the applicable statute of limitations. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Tulloch's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*